UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

TOMMY TERRELL MIMS,
also known as "T,"

          Defendant.

_____/

**<u>INDICTMENT</u>**

The Grand Jury charges:

(Distribution of Fentanyl Resulting in Death)

On or about August 7, 2020, in Kent County, in the Western District of Michigan, Southern Division, the Defendant,

TOMMY TERRELL MIMS, also known as "T,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of H.C.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

          A TRUE BILL

          _____
          GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL T. McGRAW
Assistant United States Attorney